PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Mamadou Djelo Diallo

Cr.: 24-00331-001
PACTS #: 5378373

Name of Judicial Officer:   THE HONORABLE JAMES PATRICK HANLON
UNITED STATES DISTRICT JUDGE (SD/IN)
(JURISDICTION TRANSFERRED TO THE HON. ROBERT KIRSCH ON
05/15/2024)

Date of Original Sentence: 10/19/2022

Original Offense:   Count One: Conspiracy, 18 U.S.C. § 371
Count Five: Conspiracy to Defraud the United States, 18 U.S.C. § 1029(a)(2) and 2
Count Twenty: Aggravated Identity Theft, 18 U.S.C. § 1029A(a)(1) and 2

Original Sentence: 18 months imprisonment on each of Counts 1 and 5, to be served concurrently, and 6 months on Count 20, to be served consecutively, for a total of 24 months imprisonment; 2 years supervised release on Counts 1 and 5, and 1 year on Count 20, to be served concurrently

Special Conditions: Drug Testing, Financial Disclosure, No New Debt Restriction, Consent to Search, ICE Compliance, and Restitution - $655,337, Special Assessment - $300

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/05/2024

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'** |
| | Mr. Diallo has not made payment toward his restitution since April 2025. |

U.S. Probation Officer Action:
On October 21, 2022, Mr. Diallo was sentenced in the Southern District of Indiana (SD/IL). Based upon his residence in Franklin Township, New Jersey, he commenced supervised release in the District of New Jersey on March 5, 2024. On May 15, 2024, the Honorable Robert Kirsch, U.S. District Judge, accepted jurisdiction of the case.

Since the commencement of supervision, Mr. Diallo has denied having the financial ability to comply with the court-imposed payment schedule. In October 2024, the Probation Office reported this to the Court and noted that Mr. Diallo soon could comply with making payments. Mr. Diallo provided $100 payments for several months between October 2024 and April 2025. Since then, Mr. Diallo has not submitted a payment;

Prob 12A – page 2
Mamadou Djelo Diallo

likewise, in November 2025, Mr. Diallo stopped making payments toward his SD/IL Joint and Several Restitution payments.

Mr. Diallo is due to expire from supervision on March 4, 2026, with an outstanding D/NJ balance of $148,957.47. The Financial Litigation Unit of the United States Attorney's Office will be notified of the expiration of supervision and will continue collection efforts beyond the expiration of supervised release.

At this time, the Probation Office respectfully recommends that this term of supervised release be permitted to expire as scheduled on March 4, 2026. The restitution order remains imposed as a final judgement, pursuant to Title 18 U.S.C. §§ 3554 and 3613.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:   ALYSSA A. WISTER
U.S. Probation Services Technician

/ aaw

APPROVED:

_____   3/2/26
ANTHONY M. STEVENS                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time and Allow for Supervision to Expire as Scheduled on March 4, 2026 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer
Robert Kirsch, U.S.D.J.

_____
March 3, 2026
Date